**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SAMUEL JOHNSON |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern   District of   Illinois (State) |
| Case number | 13-48877 |

*******Trustee being refunded $14,578.78 for payments received for Claim No:3 which is related to the 2nd lien on the property and Shellpoint holds the first only.********

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:** New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no:** (if known)

**Last 4 digits** of any number you use to identify the debtor's account:   3484

**Property address:**
21133 Alessandra Drive
Number          Street

Matteson, IL 60443
City          State     ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___ /___ /_____
                                                              MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                               (a)  $ _162,433.05_

b. Total fees, charges, expenses, escrow, and costs outstanding:        + (b)  $ _15.00_

c. **Total.** Add lines a and b.                                          (c)  $ _162,448.05_

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   06 / 01 / 14
                                                                         MM / DD / YYYY

Debtor 1    SAMUEL JOHNSON            13-48877

First Name    Middle Name    Last Name      Case number *(if known)*

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Elon Marie Green      Date  10 / 16 / 18

     Signature

Print    Elon      Marie      Green      Title  Bankruptcy Case Manage

     First Name    Middle Name    Last Name

Company    Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address    PO Box 10826

     Number      Street

     Greenville, SC 29603-0826

     City      State    ZIP Code

Contact phone   ( 800 ) 365 - 7107      Email  mtgbk@shellpointmtg.com

---

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 1/1/2014 | 1/1/2014 | $2,290.14 | $2,290.14 | $ - | $ - |
| 2/1/2014 | 2/1/2014 | $2,290.14 | $2,290.14 | $ - | $ - |
| 3/1/2014 | 3/1/2014 | $2,290.14 | $2,290.14 | $ - | $ - |
| 4/1/2014 | 4/1/2014 | $2,290.14 | $2,290.14 | $ - | $ - |
| 5/1/2014 | 5/1/2014 | $2,290.14 | $2,290.14 | $ - | $ - |
| 6/1/2014 | 6/1/2014 | $2,290.14 | $2,290.14 | $ - | $ - |
| 7/1/2014 | | | $2,290.14 | (2,290.14) | $ (2,290.14) |
| 8/1/2014 | | | $2,290.14 | (2,290.14) | $ (4,580.28) |
| 9/1/2014 | | | $2,547.51 | (2,547.51) | $ (7,127.79) |
| 10/1/2014 | | | $2,547.51 | (2,547.51) | $ (9,675.30) |
| 11/1/2014 | | | $2,547.51 | (2,547.51) | $ (12,222.81) |
| 12/1/2014 | | | $2,547.51 | (2,547.51) | $ (14,770.32) |
| 1/1/2015 | | | $2,547.51 | (2,547.51) | $ (17,317.83) |
| 2/1/2015 | | | $2,547.51 | (2,547.51) | $ (19,865.34) |
| 3/1/2015 | | | $2,547.51 | (2,547.51) | $ (22,412.85) |
| 4/1/2015 | | | $2,547.51 | (2,547.51) | $ (24,960.36) |
| 5/1/2015 | | | $2,547.51 | (2,547.51) | $ (27,507.87) |
| 6/1/2015 | | | $2,547.51 | (2,547.51) | $ (30,055.38) |
| 7/1/2015 | | | $2,547.51 | (2,547.51) | $ (32,602.89) |
| 8/1/2015 | | | $2,547.51 | (2,547.51) | $ (35,150.40) |
| 9/1/2015 | | | $2,547.51 | (2,547.51) | $ (37,697.91) |
| 10/1/2015 | | | $2,547.51 | (2,547.51) | $ (40,245.42) |
| 11/1/2015 | | | $2,547.51 | (2,547.51) | $ (42,792.93) |
| 12/1/2015 | | | $2,547.51 | (2,547.51) | $ (45,340.44) |
| 1/1/2016 | | | $2,547.51 | (2,547.51) | $ (47,887.95) |
| 2/1/2016 | | | $2,547.51 | (2,547.51) | $ (50,435.46) |
| 3/1/2016 | | | $2,719.09 | (2,719.09) | $ (53,154.55) |
| 4/1/2016 | | | $2,719.09 | (2,719.09) | $ (55,873.64) |
| 5/1/2016 | | | $2,719.09 | (2,719.09) | $ (58,592.73) |
| 6/1/2016 | | | $2,719.09 | (2,719.09) | $ (61,311.82) |
| 7/1/2016 | | | $2,719.09 | (2,719.09) | $ (64,030.91) |
| 8/1/2016 | | | $2,719.09 | (2,719.09) | $ (66,750.00) |
| 9/1/2016 | | | $2,719.09 | (2,719.09) | $ (69,469.09) |
| 10/1/2016 | | | $2,719.09 | (2,719.09) | $ (72,188.18) |
| 11/1/2016 | | | $2,719.09 | (2,719.09) | $ (74,907.27) |
| 12/1/2016 | | | $3,879.18 | (3,879.18) | $ (78,786.45) |
| 1/1/2017 | | | $3,879.18 | (3,879.18) | $ (82,665.63) |
| 2/1/2017 | | | $3,879.18 | (3,879.18) | $ (86,544.81) |
| 3/1/2017 | | | $4,055.49 | (4,055.49) | $ (90,600.30) |
| 4/1/2017 | | | $4,055.49 | (4,055.49) | $ (94,655.79) |
| 5/1/2017 | | | $4,055.49 | (4,055.49) | $ (98,711.28) |
| 6/1/2017 | | | $4,055.49 | (4,055.49) | $ (102,766.77) |
| 7/1/2017 | | | $4,055.49 | (4,055.49) | $ (106,822.26) |
| 8/1/2017 | | | $4,055.49 | (4,055.49) | $ (110,877.75) |
| 9/1/2017 | | | $4,055.49 | (4,055.49) | $ (114,933.24) |
| 10/1/2017 | | | $4,055.49 | (4,055.49) | $ (118,988.73) |
| 11/1/2017 | | | $4,055.49 | (4,055.49) | $ (123,044.22) |
| 12/1/2017 | | | $3,465.13 | (3,465.13) | $ (126,509.35) |
| 1/1/2018 | | | $3,465.13 | (3,465.13) | $ (129,974.48) |
| 2/1/2018 | | | $3,465.13 | (3,465.13) | $ (133,439.61) |
| 3/1/2018 | | | $3,645.01 | (3,645.01) | $ (137,084.62) |
| 4/1/2018 | | | $3,645.01 | (3,645.01) | $ (140,729.63) |
| 5/1/2018 | | | $3,645.01 | (3,645.01) | $ (144,374.64) |
| 6/1/2018 | | | $3,645.01 | (3,645.01) | $ (148,019.65) |
| 7/1/2018 | | | $3,645.01 | (3,645.01) | $ (151,664.66) |
| 8/1/2018 | | | $3,645.01 | (3,645.01) | $ (155,309.67) |
| 9/1/2018 | | | $3,645.01 | (3,645.01) | $ (158,954.68) |
| 10/1/2018 | | | $3,645.01 | (3,645.01) | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | | $ (162,599.69) |
| | | | | | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | $ - | $ (162,599.69) |
| | | | | | $ (162,599.69) |
| | | | | | $ (162,599.69) |
| 58 | 6 | $ 13,740.84 | $ 176,340.53 | $ (162,599.69) | |

| Loan Number | | |
|---|---|---|
| | | 03484 |
| Debtor | | Johnson |
| BK filed date | | 12/23/2013 |
| BK Case # | | 13-48877 |
| Loan Acquired | | 6/16/2017 |
| Post Next Due | | 6/1/2014 |
| Suspense | $ | 706.28 |

| Due Date | Due Amount | # Months | | Total Due |
|---|---|---|---|---|
| 7/1/2014-8/1/2014 | $2,290.14 | 2 | $ | 4,580.28 |
| 9/1/2014-2/1/2016 | $2,547.51 | 18 | $ | 45,855.18 |
| 3/1/2016-11/1/2016 | $2,719.09 | 9 | $ | 24,471.81 |
| 12/1/2016-2/1/2017 | $3,879.18 | 3 | $ | 11,637.54 |
| 3/1/2017-11/1/2017 | $4,055.49 | 9 | $ | 36,499.41 |
| 12/1/2017-10/1/2018 | $3,645.01 | 11 | $ | 40,095.11 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | Subtotal | $ | 163,139.33 |
| | | Less Unapplied | $ | 706.28 |
| | | Total to bring current | $ | 162,433.05 |

$     163,139.33
$    (162,599.69)
$          706.28  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box10826
Greenville, SC 29603-0826

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 110
Greenville, SC 29601

# Shellpoint
## Mortgage Servicing

MONDAY - FRIDAY:    8AM - 10PM ET
SATURDAY:    8AM - 3PM ET

PHONE NUMBER:    (800) 365-7107
FAX NUMBER:    (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**Samuel E Johnson  -  Loan ID #**███████

## **FEE DETAILS**

| **Description** | **Amount** |
|---|---|
| Property Inspection | $15.00 |
| | $15.00 |

| | | |
|---|---|---|
| Shellpoint Mortgage Servicing | Phone Number: | (800) 365-7107 |
| PO Box 10826 | Fax: | (866) 467-1137 |
| Greenville, SC  29603-0826 | Email:    mtgbk@shellpointmtg.com | |

---

RE: Debtor 1     Samuel E Johnson
       Debtor 2

Case No:     1348877

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  10/16/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Eugene Crane
55 135 S Lasalle Ste 3705

Chicago, IL  60603-


Ronald B Lorsch
1829 W. 170th Street
Hazel Crest, IL  60429


Samuel E Johnson

PO Box 133
Matteson IL  60443


/s/ Elon Green