| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | SAMUEL JOHNSON |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern    District of  Illinois (State) |
| Case number | 13-48877 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of    creditor:** New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no:** (if known)

**Last 4 digits** of any number you use to identify the debtor's account: 3484

**Property address:** 21133 Alessandra Drive
Number        Street

Matteson, IL 60443
City                                    State        ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/___
MM / DD  / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                      (a)  $ _178,760.89__

+  b.  Total fees, charges, expenses, escrow, and costs outstanding:        (b)  $ _190.00_____

c.  **Total.** Add lines a and b.                                                        (c)  $ _178,950.89_

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   08 / 01 / 14
MM / DD  / YYYY

**SAMUEL JOHNSON**                                           13-48877

Debtor 1 _____    Case number (*if known*) _____
First Name      Middle Name        Last Name

---

| **Part 4:** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Elon Marie Green _____    Date 03 / 01 / 19 _____
Signature

Print    Elon          Marie          Green           Title    Bankruptcy Case Manage
         First Name     Middle Name    Last Name              _____

Company    __NewRez LLC d/b/a Shellpoint Mortgage Servicing_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    PO Box 10826 _____
           Number        Street

           Greenville, SC 29603-0826 _____
           City                          State     ZIP Code

Contact phone  ( 800 ) 365 _ 7107 _____        Email  _mtgbk@shellpointmtg.com

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 1/1/2014 | 1/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 2/1/2014 | 2/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 3/1/2014 | 3/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 4/1/2014 | 4/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 5/1/2014 | 6/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 6/1/2014 | 6/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 7/1/2014 | 7/1/2014 | 2,547.51 | 2,547.51 | - | - |
| 8/1/2014 | | | 2,547.51 | (2,547.51) | (2,547.51) |
| 9/1/2014 | | | 2,547.51 | (2,547.51) | (5,095.02) |
| 10/1/2014 | | | 2,547.51 | (2,547.51) | (7,642.53) |
| 11/1/2014 | | | 2,547.51 | (2,547.51) | (10,190.04) |
| 12/1/2014 | | | 2,547.51 | (2,547.51) | (12,737.55) |
| 1/1/2015 | | | 2,547.51 | (2,547.51) | (15,285.06) |
| 2/1/2015 | | | 2,547.51 | (2,547.51) | (17,832.57) |
| 3/1/2015 | | | 2,547.51 | (2,547.51) | (20,380.08) |
| 4/1/2015 | | | 2,547.51 | (2,547.51) | (22,927.59) |
| 5/1/2015 | | | 2,547.51 | (2,547.51) | (25,475.10) |
| 6/1/2015 | | | 2,547.51 | (2,547.51) | (28,022.61) |
| 7/1/2015 | | | 2,547.51 | (2,547.51) | (30,570.12) |
| 8/1/2015 | | | 2,547.51 | (2,547.51) | (33,117.63) |
| 9/1/2015 | | | 2,547.51 | (2,547.51) | (35,665.14) |
| 10/1/2015 | | | 2,547.51 | (2,547.51) | (38,212.65) |
| 11/1/2015 | | | 2,547.51 | (2,547.51) | (40,760.16) |
| 12/1/2015 | | | 2,547.51 | (2,547.51) | (43,307.67) |
| 1/1/2016 | | | 2,547.51 | (2,547.51) | (45,855.18) |
| 2/1/2016 | | | 2,547.51 | (2,547.51) | (48,402.69) |
| 3/1/2016 | | | 2,547.51 | (2,547.51) | (51,121.78) |
| 4/1/2016 | | | 2,719.09 | (2,719.09) | (53,840.87) |
| 5/1/2016 | | | 2,719.09 | (2,719.09) | (56,559.96) |
| 6/1/2016 | | | 2,719.09 | (2,719.09) | (59,279.05) |
| 7/1/2016 | | | 2,719.09 | (2,719.09) | (61,998.14) |
| 8/1/2016 | | | 2,719.09 | (2,719.09) | (64,717.23) |
| 9/1/2016 | | | 2,719.09 | (2,719.09) | (67,436.32) |
| 10/1/2016 | | | 2,719.09 | (2,719.09) | (70,155.41) |
| 11/1/2016 | | | 2,719.09 | (2,719.09) | (72,874.50) |
| 12/1/2016 | | | 3,879.18 | (3,879.18) | (76,753.68) |
| 1/1/2017 | | | 3,879.18 | (3,879.18) | (80,632.86) |
| 2/1/2017 | | | 3,879.18 | (3,879.18) | (84,512.04) |
| 3/1/2017 | | | 4,055.49 | (4,055.49) | (88,567.53) |
| 4/1/2017 | | | 4,055.49 | (4,055.49) | (92,623.02) |
| 5/1/2017 | | | 4,055.49 | (4,055.49) | (96,678.51) |
| 6/1/2017 | | | 4,055.49 | (4,055.49) | (100,734.00) |
| 7/1/2017 | | | 4,055.49 | (4,055.49) | (104,789.49) |
| 8/1/2017 | | | 4,055.49 | (4,055.49) | (108,844.98) |
| 9/1/2017 | | | 4,055.49 | (4,055.49) | (112,900.47) |
| 10/1/2017 | | | 4,055.49 | (4,055.49) | (116,955.96) |
| 11/1/2017 | | | 4,055.49 | (4,055.49) | (121,011.45) |
| 12/1/2017 | | | 4,055.49 | (4,055.49) | (125,066.94) |
| 1/1/2018 | | | 4,055.49 | (4,055.49) | (129,122.43) |
| 2/1/2018 | | | 4,055.49 | (4,055.49) | (133,177.92) |
| 3/1/2018 | | | 3,645.01 | (3,645.01) | (136,822.93) |
| 4/1/2018 | | | 3,645.01 | (3,645.01) | (140,467.94) |
| 5/1/2018 | | | 3,645.01 | (3,645.01) | (144,112.95) |
| 6/1/2018 | | | 3,645.01 | (3,645.01) | (147,757.96) |
| 7/1/2018 | | | 3,645.01 | (3,645.01) | (151,402.97) |
| 8/1/2018 | | | 3,645.01 | (3,645.01) | (155,047.98) |
| 9/1/2018 | | | 3,645.01 | (3,645.01) | (158,692.99) |
| 10/1/2018 | | | 3,645.01 | (3,645.01) | (162,338.00) |
| 11/1/2018 | | | 3,645.01 | (3,645.01) | (165,983.01) |
| 12/1/2018 | | | 3,194.47 | (3,194.47) | (169,177.48) |
| 1/1/2019 | | | 3,194.47 | (3,194.47) | (172,371.95) |
| 2/1/2019 | | | 3,194.47 | (3,194.47) | (175,566.42) |
| 3/1/2019 | | | 3,194.47 | (3,194.47) | (178,760.89) |
| | | | - | | (178,760.89) |
| | | | - | | (178,760.89) |

(remaining rows continue with "- | (178,760.89)")

| 63 | 7 | 17,832.57 | 196,593.46 | (178,760.89) | |

---

| Loan Number | 3484 |
|---|---|
| Debtor | Johnson |
| BK filed date | 8/1/2014 |
| BK Case # | 13-48877 |
| Loan Acquired | 6/16/2017 |
| Post Next Due | 8/1/2014 |
| Suspense | $ |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 8/1/14 - 2/1/16 | $2,547.51 | 19 | $ 48,402.69 |
| 3/1/16 - 11/1/16 | $2,719.09 | 9 | $ 24,471.81 |
| 12/1/16 - 2/1/17 | $3,879.18 | 3 | $ 11,637.54 |
| 3/1/17 - 2/1/18 | $4,055.49 | 12 | $ 48,665.88 |
| 3/1/18 - 11/1/18 | $3,645.01 | 9 | $ 32,805.09 |
| 12/1/18 - 3/1/19 | $3,194.47 | 4 | $ 12,777.88 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | Subtotal | | $ 178,760.89 |
| | Less Unapplied | | $ - |
| | Total to bring current | | $ 178,760.89 |

$   178,760.89
$   (178,760.89)
$   -   unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601



MONDAY - FRIDAY:    8AM - 10PM ET
SATURDAY:    8AM - 3PM ET

PHONE NUMBER:    (800) 365-7107
FAX NUMBER:    (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**Samuel E Johnson  -  Loan ID #**█████████

## **FEE DETAILS**

| Description | Amount |
|---|---|
| Attorney Cost | $100.00 |
| Property Inspection | $90.00 |
| | $190.00 |

PO1.rpt -
10/16/2018

NewRez LLC DBA Shellpoint Mortgage Serv

PO Box 10826

Greenville, SC  29603-0826

Phone Number:      (800) 365-7107

Fax:                      (866) 467-1137

Email:    mtgbk@shellpointmtg.com

---

RE: Debtor 1      Samuel E Johnson
        Debtor 2

Case No:      1348877

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  3/1/2019.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604

Eugene Crane
55 135 S Lasalle Ste 3705

Chicago, IL  60603-

Ronald B Lorsch
1829 W. 170th Street
Hazel Crest, IL  60429

Samuel E Johnson

PO Box 133
Matteson IL  60443

/s/ Elon Green